UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

    -against-

ERIC J. ARONSON; VINCENT J. BUONAURO, JR.;
ROBERT S. KONDRATICK; FREDRIC H. AARON;
PERMAPAVE INDUSTRIES, LLC; PERMAPAVE
USA CORP.; PERMAPAVE DISTRIBUTIONS, INC.;
VERIGREEN, LLC; and
INTERLINK-US-NETWORK, LTD.,

                Defendants,

                and

CAROLINE ARONSON; DEBORAH BUONAURO;
DASH DEVELOPMENT, LLC; ARON HOLDINGS,
INC.; PERMAPAVE CONSTRUCTION CORP.;
DYMONCRETE INDUSTRIES, LLC; DYMON
ROCK LI, LLC; and LUMI-COAT, INC.,

                Relief Defendants.
---------------------------------------------------------------x

11 Civ. 7033 (JSR)

[PROPOSED] FINAL JUDGMENT AS TO
RELIEF DEFENDANT CAROLINE ARONSON

    The Court, having previously granted in part the Motion for Summary Judgment filed by Plaintiff Securities and Exchange Commission ("Commission") against Relief Defendant Caroline Aronson ("Relief Defendant") for reasons stated in its Memorandum Order, dated August 6, 2013:

I.

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Relief Defendant is liable for disgorgement of $296,262, which represents profits gained as a result of the conduct

1

alleged in the Complaint, and is not liable for prejudgment interest thereon. Relief Defendant shall satisfy this obligation by paying in full $296,262 to the Commission by December 31, 2013.

Relief Defendant may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Relief Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

Enterprise Services Center
Accounts Receivable Branch
6500 South MacArthur Boulevard
Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Caroline Aronson as a relief defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Relief Defendant shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, Relief Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Relief Defendant.

The Commission shall hold the funds (collectively, the "Fund") and may propose a plan to distribute the Fund subject to the Court's approval. The Court shall retain jurisdiction over the administration of any distribution of the Fund. If the Commission staff determines that the Fund will not be distributed, the Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

The Commission may enforce the Court's judgment for disgorgement by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after December 31, 2013. Relief Defendant shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

III.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: ~~November~~ 12/23/, 2013
New York, New York

HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE