UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                          Plaintiff,

- against -

ERIC J. ARONSON; VINCENT J. BUONAURO, JR.; ROBERT S. KONDRATICK; FREDRIC H. AARON; PERMAPAVE INDUSTRIES, LLC; PERMAPAVE USA CORP.; PERMAPAVE DISTRIBUTIONS, INC.; VERIGREEN, LLC; AND INTERLING-US-NETWORK, LTD.,

                          Defendants,

- and -

CAROLINE ARONSON; DEBORAH BUONAURO; DASH DEVELOPMENT, LLC; ARON HOLDINGS, INC.; PERMAPAVE CONSTRUCTION CORP.; DYMONCRETE INDUSTRIES, LLC; DYMON ROCK LI, LLC; and LUMI-COAT, INC.,

                          Relief Defendants.

1:11-cv-07033-JSR





[PROPOSED] ORDER REMOVING ASSET FREEZE
PREVIOUSLY IMPOSED AGINST
RELIEF DEFENDANT CAROLINE ARONSON

**WHEREAS,** on January 5, 2012, this Court issued an Order on Consent Imposing a Preliminary Injunction, Asset Freeze, and Other Relief Against Relief Defendant Caroline Aronson, freezing her assets, and specifically identifying real property located in Syosset, NY and six bank accounts at JP Morgan Chase Bank, N.A. (DE 47);

**WHEREAS,** the Court issued further orders to exempt four of the six bank accounts, to allow the Relief Defendant to open a new bank account, and to allow for the foreclosure and sale of the Syosset property (Orders dated Feb. 6, 2012 (DE 71); Jan. 24, 2013 (DE 116); July 13, 2013 (DE 134); and March 19, 2014 (DE 148));

WHEREAS, on December 23, 2013, the Court entered a Final Judgment as to Relief Defendant Caroline Aronson which ordered her to disgorge $296,262 to the Commission by December 31, 2013 (DE 144);

WHEREAS, the Commission has applied to remove the remainder of the asset freeze, including removing the freeze as it applies to the remaining two accounts at JP Morgan Chase:

NOW THEREFORE,

I.

IT IS ORDERED that asset freeze previously ordered by this Court on January 5, 2012 is lifted as to Relief Defendant Caroline Aronson.

II.

IT IS FURTHER ORDERED that the accounts listed below are no longer subject to the asset freeze previously ordered by this Court on January 5, 2012, and that upon presentation of this Order to JP Morgan Chase Bank, the bank shall comply fully with the order set forth herein and release the restrains placed upon these accounts.

| Bank | Account Name | Last Four Digits of Account Number |
|---|---|---|
| JP Morgan Chase | Caroline A. Aronson | 4140 |
| JP Morgan Chase | Caroline A. Aronson | 3665 |

SO ORDERED:

New York, New York
____11/18/____, 2019

_____
UNITED STATES DISTRICT JUDGE

- 2 -