UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,
        Plaintiff,

-against-

ERIC J. ARONSON, ET AL.
        Defendants,

and

CAROLINE ARONSON, ET AL.

Relief Defendants.

------------------------------------------------------------x

11 Civ. 7033 (JSR)
ECF CASE

[PROPOSED] ORDER REOPENING CASE,
RECOVERING AND RECLASSIFYING FUNDS,
AND DIRECTING TRANSFER OF THE DISTRIBUTION FUND
TO A RELATED CRIMINAL ACTION FOR DISTRIBUTION

The Court has reviewed the Securities and Exchange Commission's ("SEC") Motion (the "Motion") for an Order reopening this case and seeking relief necessary to transfer the funds recovered in this action for distribution through the related criminal action, *U.S. v. Aronson, et al.*, 12-cr-00245-ADS-GRB (E.D.N.Y.) (the "Criminal Action"); the accompanying memorandum; and all documents filed, and arguments made, in connection with the Motion;

AND finding good cause;

IT IS HEREBY ORDERED:

1. The above-captioned action is reopened;

2. The Motion is granted;

3. Any funds paid, collected, or otherwise recovered in this action shall be applied first to ordered disgorgement, then to ordered prejudgment interest, civil penalties, and post-judgment interest, in that order;

4.  After the reclassification of recoveries in accordance with paragraph 3., the SEC is directed to request, and the U.S. Treasury is directed to send, any funds reclassified as disgorgement and prejudgment interest, to the SEC-designated account at the U.S. Treasury for this action, for combination with funds already held in that account (the "Distribution Fund"); and

5.  The SEC is directed to disburse the Distribution Fund, including any funds obtained or collected in the future, to the Criminal Action for distribution pursuant to the restitution process in the Criminal Action.

Dated: 4/15/, 2024

_____
The Honorable Jed S. Rakoff
United States District Court Judge